UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JERMICHAEL POTTS** | **CIVIL ACTION NO. 20-1409** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JIM TUTEN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jermichael Potts' Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 1st day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE